## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**VINCENT STEWART**                                        **CIVIL ACTION**

**VERSUS**                                                         **NO.  07-4072**

**BURL CAIN, WARDEN**                                  **SECTION "F"(4)**

## <u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the  objections to the Magistrate

Judge's Report and Recommendation, hereby approves the Report and Recommendation of the

United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Vincent Stewart's petition for issuance of a writ of habeas corpus

pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _29th_ day of _Sept._____, 2010.

_____

**UNITED STATES DISTRICT JUDGE**